UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BMO HARRIS BANK N.A.,

    Plaintiff,

v.

    Case No. 18-10847
    Hon. Victoria A. Roberts

OVIDIU SUCIU,

    Defendant.
_____/

## JUDGMENT

Consistent with the Court's Order entered on August 23, 2019, Judgment enters in favor of Plaintiff BMO Harris Bank N.A. in the amount of $253,497.99.

Plaintiff also seeks costs and attorney's fees. Plaintiff must file its required petition by **September 12, 2019**, before the Court will consider such an award.

**IT IS ORDERED.**

Dated at Detroit, Michigan on August 23, 2019.

    David J. Weaver
    Clerk of the Court

Approved:

BY:   s/ Linda Vertriest____

s/ Victoria A. Roberts
Victoria A. Roberts